UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED FODA, M.D.; MOHAMED FODA, P.C., a Canadian professional corporation,<br><br>    Applicants,<br><br>vs.<br><br>RATEMDS, Inc., a California corporation,<br><br>    Respondent. | CASE NO. CV10-80099MISC<br><br>**(PROPOSED) ORDER TO TAKE THIRD PARTY DISCOVERY VIA SUBPOENA PURSUANT TO 28 U.S.C. § 1782** |

TO ALL INTERESTED PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

APPLICANTS MOHAMED FODA, M.D., an individual, and MOHAMED FODA, P.C., a Canadian professional corporation (hereinafter "Applicants"), have applied to the Court, pursuant to 28 U.S.C. § 1782, for an order granting Applicants leave to serve Respondent, RATEMDS, Inc., a California corporation, which has a business address of 247

–1–

Proposed Order

Arriba Dr., #3, Sunnyvale, California 94086, with the subpoena attached as Exhibit A hereto.

GOOD CAUSE HAVING BEEN SHOWN:

IT IS HEREBY ORDERED THAT:

A. Applicants' Application for discovery from Respondent RATEMDS, Inc. pursuant to 28 U.S.C. § 1782 is granted;

B. Applicants are authorized to issue to Respondent RATEMDS, Inc., pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, a subpoena for the production of documents and things in the form attached to this Order as Exhibit A;

C. Applicants are authorized to issue to Respondent RATEMDS, Inc., pursuant to Rule 45 of the Federal Rules of Civil Procedure, subpoenas for the production of additional documents as Applicants deem reasonably appropriate based upon review of the initial documents and information produced by Respondent;

D. Marc A. Karlin, a member of the bar of this Court, is appointed to issue, sign and serve such subpoena(s) upon Respondent RATEMDS, Inc.

_____
UNITED STATES DISTRICT JUDGE

Date:

Respectfully submitted,

Date: April 15, 2010

                KARLIN & KARLIN
                A PROFESSIONAL LAW CORP.

                By _____
                MARC A. KARLIN
                Attorneys for Applicants

Proposed Order

**EXHIBIT A**

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Mohamed Foda, M.D.; Mohamed Foda, P.C. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| RATEMDS, Inc., a California corporation | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Alberta, Canada |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES

To: Custodian of Records, RATEMDS, Inc.

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Attachment

| Place: | Date and Time: |
|---|---|
| | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

      *CLERK OF COURT*
                OR

_____   _____
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Mohamed Foda, M.D. Mohamed Foda, P.C., a Canadian professional corporation**, who issues or requests this subpoena, are:

Marc A. Karlin, 3701 Wilshire Blvd., Suite 1035, Los Angeles, CA 90010
(213) 365-1555; mkarlin@karlaw.com

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena to *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ other *(specify)*:


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT

## DEFINITIONS AND INSTRUCTIONS

Unless the context indicates otherwise, the following words and phrases have the meanings given:

1. "You" or "your" mean and refer to RATEMDS, Inc. or www.RateMDs.com, their employees, agents, representatives and attorneys, and their corporate predecessors, successors, affiliates, divisions, branches, subsidiaries and related entities, all persons acting for or on their behalf.

2. Your production must include requested documents, materials and files from any file server, mainframe computer, mini computer, personal computer, notebook or laptop computer, personal data assistant, or other storage device, including but not limited to e-mail. All requested files that are still on storage media and identified as erased, but still recoverable, shall be included.

3. The term "document" is broadly defined to include all media on which information is recorded or stored, pursuant to *Federal Rules of Civil Procedure* Rule 34 (a)(1)(A), and includes, without limitation, all originals and copies, duplicates, drafts, and recordings of any written, printed, graphic, photographic, electronic or otherwise recorded matter, however produced or reproduced, and all writings, of any nature, whether on paper, magnetic tape, electronic or optical media or other information storage means, including film, tapes, computer disks or cards, or personal data assistant memory; and where any such items contain any marking not appearing on the original or are altered from the original, then such items shall be considered to be separate original documents.

4. The terms "relate," "related," or "relates" mean concerning, referring to, summarizing, reflecting, constituting, containing, embodying, pertaining to, involved with, mentioning, discussing, consisting of, comprising, showing, commenting on, evidencing, describing or otherwise relating to the subject matter.

5. As used herein, "all," "any," "each," or "every" means "all, any, each and every."

Attachment to Subpoena

6. All documents shall be produced in the booklet, binder, file, folder, envelope, or other container in which the documents are kept by you. If for any reason the container cannot be produced, please produce copies of all labels or other identifying markings. Documents attached to each other should not be separated.

7. If a document once existed, but has been lost, destroyed, erased or otherwise is no longer in your possession, identify the document and state the details concerning the loss or destruction of such document, including the name and address of the present custodian of any such document known to you.

## DOCUMENT REQUESTS

**DOCUMENT REQUEST NUMBER 1:**

All documents relating to the identity of any person or entity who supplied information regarding "Dr. M. Foda," "Dr. Mohamod (*sic*) Foda," or "Dr. Mohamed Foda" (hereinafter "Dr. Foda") of Alberta, Canada, including posting that appeared on www.RateMDs.com from April 1, 2007 to present. These documents include:

(a) All documents identifying any individual or individuals who provided information relating to Dr. Foda (hereinafter "Disclosing Person(s)"), including the true name(s), adddrss(es), Internet protocol ("IP") address(es) and e-mail address(es);

(b) all communication from or to any Disclosing Person(s) relating to Dr. Foda; and,

(c) all documents received from or sent to any Disclosing Person(s) relating to Dr. Foda.

//
//
//
//
//

**DOCUMENT REQUEST NUMBER 2:**

All documents constituting any of your communication, in any form, with any person or entity regarding "Dr. M. Foda," "Dr. Mohamod (*sic*) Foda," or "Dr. Mohamed Foda" (hereinafter "Dr. Foda") of Alberta, Canada, from April 1, 2007 to present.