MARC A. KARLIN, ESQ.  Cal. SBN 137558
**KARLIN & KARLIN**
A Professional Law Corporation
3701 Wilshire Boulevard, Suite 1035
Los Angeles, California  90010
(213) 365-1555
(213) 383-1166 facsimile
mkarlin@karlaw.com

Attorneys for Applicants Mohamed Foda, M.D. and Mohamed Foda, P.C., a Canadian professional corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED FODA, M.D.; MOHAMED FODA, P.C., a Canadian professional corporation, | CASE NO.  CV 10-80099 MISC JW (PVT) |
| Applicants, | **DECLARATION OF MOHAMED FODA, M.D. IN SUPPORT FOR APPLICATION FOR ORDER TO TAKE THIRD PARTY DISCOVERY VIA SUBPOENA PURSUANT TO 28 U.S.C. § 1782** |
| vs. | |
| RATEMDS, Inc., a California corporation, | |
| Respondent. | |

_____ I, MOHAMED FODA, M.D., declare as follows:

1.    I am an Applicant in the above-captioned action, and have personal knowledge of all facts set forth upon this Declaration.

//
//
//

−1−

Foda Declaration

2. I am a Plaintiff to the following actions pending before the Court of Queen's Bench of Alberta, Judicial District of Edmonton, Canada: *Mohamed Foda v. Capital Health, et al.*, Action No. 0403-18518; *Mohamed Foda and Mohamed Foda Professional Corporation v. John Doe, et al.*, Action No. 0803-04506.

3. I am specialist in urology in good standing with the College of Physicians and Surgeons of Alberta and hold a full registration to practice in Alberta.

4. I currently practice and provide urological medical services to several communities in Alberta including Leduc, Wetaskiwin, Camrose and surrounding areas.

5. I learned about malicious and unfounded postings that were made since 2007 on the www.RateMDs.com website under several names, all of which carried identifying information referring to me and my practice. The postings were made about me under M. Foda, Mohamod [sic] Foda and Mohamed Foda.

6. I believe that all malicious postings on the www.RateMDs.com website have not been made by any patient that I had treated.

7. Only partial information was released by RateMDs.com on August 30, 2008 in response to the Court's prior subpoena (CV08-80130 MISC RMW), including some of the posters' Internet Protocol (IP) addresses at issue. The information released by RateMDs.com in response to the prior subpoena is attached hereto as Exhibit A.

8. Several other negative and defamatory postings that were made about me and my medical practice prior to the serving of the prior subpoena were not provided by RateMDs.com in response to the prior subpoena.

−2−

Foda Declaration

9.   Attached hereto as Exhibit B is a sworn Affidavit, prepared by Mr. Mike Sorochan of the City of Edmonton, identifying the Internet Service Providers (ISPs) of, among others, the Capital Health (now Alberta Health Services) computer system.

10.   Through cross-examination in the ongoing litigation (Action No. 0803-04506) on a sworn Affidavit by Mr. Robert Martin, P.Eng., a representative of Defendant Capital Health (currently Alberta Health Services), gave testimony demonstrating that one of the malicious postings about me and medical practice ("scary" made on November 24, 2007) emanated from the computer system of Capital Health.  However, Defendant Capital Health /Alberta Health Services failed to reveal the exact identity of the poster, who had restricted access to the said computer system through login and password codes.  The representative of Defendant Capital Health /Alberta Health Services stated that a software program change early 2008, during the course of the ongoing litigation (Action 0403-18518) made it impossible for it to track and identify the originating computer and its use (the individual poster).  Please see Exhibits C and D.

11.   Capital Health /Alberta Health Services is currently an adverse party in the ongoing litigation (Action No. 0403 18518) and is not a former patient of mine.

I declare under the penalty of perjury according to the laws of the United States of America that the foregoing is true and correct.

Executed this twentieth day of May 2010 in Edmonton, Alberta, Canada.

Mohamed Foda, M.D.

Foda Declaration

I make this sworn Declaration in evidence in support of Application for Order to Take third Party Discovery via Subpoena pursuant to 28 U.S.C. 1782.


SWORN BEFORE me at the City                    )
of Edmonton, in the Province of                )
Alberta, this 2ᴐ day of May 2010               )
                                               )
                                               )
                                               )                    MOHAMED FODA
                                               )
_____                )
A Commissioner for Oaths in and                )
for the Province of Alberta

**Patty P. Ko**
Barrister & Solicitor

Foda Declaration

