**EXHIBIT "A"**

EM

This is Exhibit " A " referred to in the
Affidavit of
Mohamed Foda
Sworn before me this ____ day
of ____ May ____ A.D., 20 10

A Notary Public, A Commissioner for Oaths
in and for the Province of Alberta

Patty P. Ko
Barrister & Solicitor

| | |
|---|---|
| **ORDER#:** | 23537-01 |
| **RECORDS OF:** | RATEMDS, Inc. |
| **LOCATION:** | RATEMDS, Inc. |
| **DELIVER TO:** | Karlin & Karlin<br>3701 Wilshire Boulevard, Suite 1035<br>Los Angeles, CA 90010 |
| **ATTN:** | Marc A. Karlin, Esq. |
| **CLAIM/FILE#:** | N/A / N/A |
| **INSURED:** | Mohamed Foda, M.D., et al. |
| **D.O.L.:** | |
| **CASE NAME:** | Mohamed Foda, M.D., et al.,<br>vs.<br>RATEMDS, Inc., |

FILE COPY

# US LEGAL SUPPORT

| | | |
|---|---|---|
| Woodland Hills | Office: (818) 878-9227 | Fax: (818) 878-0229 |
| Orange County | Office: (714) 385-1051 | Fax: (714) 385-8114 |
| Colton | Office: (909) 872-1805 | Fax: (909) 872-1977 |
| San Diego | Office: (619) 295-3005 | Fax: (619) 295-0051 |
| San Francisco | Office: (415) 487-9008 | Fax: (415) 487-9004 |
| Sacramento | Office: (916) 373-0668 | Fax: (916) 375-0553 |
| Santa Monica | Office: (310) 899-0406 | Fax: (888) 772-4454 |

This is Exhibit " " referred to in the
Affidavit of

Sworn before me this ___ day
of ___ A.D. 20___

A Notary Public, A Commissioner for Oaths
in and for the Province of Alberta



PATTY KAY
Barrister & Solicitor
NOTARY PUBLIC
PROVINCE OF ALBERTA

# U.S. LEGAL SUPPORT

ORDER #:          23537-01

CLAIM#:           N/A

FILE#:            N/A

INSURED:          Mohamed Foda, M.D., et al.

RECORDS FROM:     RATEMDS, Inc.
                  247 Arriba Drive, #3
                  Sunnyvale, CA  94086

RECORDS ON:       RATEMDS, Inc.

COMMENTS:         RECORDS REGARDING: RATINGS. THANK YOU
                  FOR USING U.S. LEGAL SUPPORT!

Date 09/25/2008

# ORDER# 23537-01    RATEMDS, Inc.

**\*\*COMPLETED\*\***:RECORDS REGARDING: RATINGS. THANK YOU FOR USING U.S. LEGAL SUPPORT!

| 23537-01 |
| --- |

**RECORDS PERTAIN TO:**

**RATEMDS, Inc.**

**FILE/CLAIM #:**
**N/A**

**CASE NAME:**

**Mohamed Foda, M.D., et al.,**
**vs.**
**RATEMDS, Inc.,**

# S T A T U S   R E P O R T



**The enclosed documents have been reviewed and verified by the following:**

_____    Date of Birth

_____    Social Security Number

_____    Patient Name / Initial

_____    Date of Treatment and / or Accident

_____    File Number

_____    Phone conversation with _____ of your office.

_____    No verifiable data supplied when records were requested.

_____    No verifiable date in File.

OTHER: _____

**As you have requested, these records consist of:**

_____    <u>Any and All</u> records available.

_____    <u>Only</u> those records consistent with specified omissions.

**Please note, the original documents that were provided by the location were of:**
____ good quality    ____ satisfactory quality    ____ poor quality.

**For your information:** _____

_____

_____

_____

**Assembled by:**    _____    **Verified by:** _____

**Pagination by:**    _____    **Charted by:** _____

---

**THANK YOU FOR USING U.S. LEGAL SUPPORT, INC !**

AO88 (Rev. 12/07) Subpoena in a Civil Case.

# UNITED STATES DISTRICT COURT
### Northern District of California

Mohamed Foda, M.D.; Mohamed Foda, P.C.,
a Canadian professional corporation,

V.

RATEMDS, Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  C 08-80130 MISC RMW (RS)

TO:

Custodian of Records, RATEMDS, Inc.

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment

| PLACE | DATE AND TIME |
|---|---|
| U.S. Legal Support, 180 Montgomery Street, Suite 2180, San Francisco 94104 | September 22, 2008, 10 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _[signature]_, Attorney for Applicants | July 22, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Marc A. Karlin, Cal. SBN 137558, 3701 Wilshire Blvd., Suite 1035, Los Angeles, CA  90010; (213) 365-1555

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/07) Subpoena in a Civil Case (Page 2)

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Federal Rule of Civil Procedure 45 (c), (d), and (e), as amended on December 1, 2007:

(c) Protecting a Person Subject to a Subpoena.
 (1) Avoiding Undue Burden or Expense; Sanctions. A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.
 (2) Command to Produce Materials or Permit Inspection.
  (A) Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
   (i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.
   (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.
 (3) Quashing or Modifying a Subpoena.
  (A) When Required. On timely motion, the issuing court must quash or modify a subpoena that:
   (i) fails to allow a reasonable time to comply;
   (ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;
   (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
   (iv) subjects a person to undue burden.
  (B) When Permitted. To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:
   (i) disclosing a trade secret or other confidential research, development, or commercial information;
   (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or
   (iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial
  (C) Specifying Conditions as an Alternative. In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

   (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
   (ii) ensures that the subpoenaed person will be reasonably compensated.

(d) Duties in Responding to a Subpoena.
 (1) Producing Documents or Electronically Stored Information. These procedures apply to producing documents or electronically stored information:
  (A) Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.
  (D) Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
 (2) Claiming Privilege or Protection.
  (A) Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
   (i) expressly make the claim; and
   (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

(e) Contempt.
 The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

## ATTACHMENT

### DEFINITIONS AND INSTRUCTIONS

Unless the context indicates otherwise, the following words and phrases have the meanings given:

1.    "You" or "your" mean and refer to RATEMDS, Inc. or www.RateMDs.com, their employees, agents, representatives and attorneys, and their corporate predecessors, successors, affiliates, divisions, branches, subsidiaries and related entities, all persons acting for or on their behalf.

2.    Your production must include requested documents, materials and files from any file server, mainframe computer, mini computer, personal computer, notebook or laptop computer, personal data assistant, or other storage device, including but not limited to e-mail. All requested files that are still on storage media and identified as erased, but still recoverable, shall be included.

3.    The term "document" is broadly defined to include all media on which information is recorded or stored, pursuant to *Federal Rules of Civil Procedure* Rule 34 (a)(1)(A), and includes, without limitation, all originals and copies, duplicates, drafts, and recordings of any written, printed, graphic, photographic, electronic or otherwise recorded matter, however produced or reproduced, and all writings, of any nature, whether on paper, magnetic tape, electronic or optical media or other information storage means, including film, tapes, computer disks or cards, or personal data assistant memory; and where any such items contain any marking not appearing on the original or are altered from the original, then such items shall be considered to be separate original documents.

4.    The terms "relate," "related," or "relates" mean concerning, referring to, summarizing, reflecting, constituting, containing, embodying, pertaining to, involved with, mentioning, discussing, consisting of, comprising, showing, commenting on, evidencing, describing or otherwise relating to the subject matter.

5.    As used herein, "all, "any," "each," or "every" means "all, any, each and every."

Attachment to Subpoena

6.    All documents shall be produced in the booklet, binder, file, folder, envelope, or other container in which the documents are kept by you.  If for any reason the container cannot be produced, please produce copies of all labels or other identifying markings.  Documents attached to each other should not be separated.

7.    If a document once existed, but has been lost, destroyed, erased or otherwise is no longer in your possession, identify the document and state the details concerning the loss or destruction of such document, including the name and address of the present custodian of any such document known to you.

## DOCUMENT REQUESTS

### DOCUMENT REQUEST NUMBER 1:

All documents relating to the identity of any person or entity who supplied information regarding "Dr. M. Foda," "Dr. Mohamod (*sic*) Foda," or "Dr. Mohamed Foda" (hereinafter "Dr. Foda") of Alberta, Canada, including posting that appeared on www.RateMDs.com on April 1, 2007; May 26, 2007; June 27, 2007; September 18, 2007; October 1, 2007; and, April 20, 2008.  These documents include:

(a)    All documents identifying any individual or individuals who provided information relating to Dr. Foda (hereinafter "Disclosing Person(s)"), including the true name(s), adddrss(es), Internet protocol ("IP") address(es) and e-mail address(es);

(b)    All communication from or to any Disclosing Person(s) relating to Dr. Foda; and,

(c)    all documents received from or sent to any Disclosing Person(s) relating to Dr. Foda.

*E-FILED 7/16/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED FODA, M.D., et al., | NO. C 08-80130 MISC. RMW (RS) |
| Applicants, | **ORDER GRANTING APPLICATION FOR ISSUANCE OF SUBPOENA UNDER 28 U.S.C. § 1782** |
| v. | |
| RATEMDS, Inc., | |
| Respondent. | |

Before the Court is the application of Mohamed Foda, M.D., for an order under 28 U.S.C. § 1782 permitting him to serve a subpoena to discover the identity of the person or persons who posted comments about him and his medical practice on RateMDs.com, in connection with litigation now pending before the Provincial Court in Edmonton, Alberta, Canada. Good cause appearing, it is hereby ordered that:

(1) Foda may serve a subpoena in substantially the same form as attached as Exhibit A to its application. The subpoena shall specify the date for production of documents not less than 45 days after service.

(2) A copy of this order shall be served with the subpoena.

1

1    (3) This order is without prejudice to the rights of any person to seek a protective order, or to

2    quash or modify the subpoena under Rule 45 of the Federal Rules of Civil Procedure. Any motion

3    seeking such relief shall be filed under this case number, and shall be noticed for hearing before the

4    undersigned in conformance with the Civil Local Rules.

5

6    IT IS SO ORDERED.

7

8    Dated: July 16, 2008

9                                              RICHARD SEEBORG
                                               United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING APPLICATION FOR ISSUANCE OF SUBPOENA UNDER 28 U.S.C. § 1782
C 08-80130 MISC. RMW (RS)

2

**United States District Court**
For the Northern District of California

1   THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:

2   Marc Alan Karlin     karlinlaw@msn.com

3

4   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the Court's CM/ECF program.

5

6   Dated: 7/16/08                                     Richard W. Wieking, Clerk

7
                                         By:    _____Chambers_____
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    ORDER GRANTING APPLICATION FOR ISSUANCE OF SUBPOENA UNDER 28 U.S.C. § 1782
    C 08-80130 MISC. RMW (RS)

                                         3

**United States District Court**
For the Northern District of California

23537-01

| PLAINTIFF/PETITIONER: Mohamed Foda, M.D., et al., vs. | CASE NUMBER: C 08-80130 MISC RMW (RS) |
|---|---|
| DEFENDANT/RESPONDENT: RATEMDS, Inc., | |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA-BUSINESS RECORDS

1. I served this Deposition Subpoena-Business Records by personally delivering a copy to the person served as follows:

   a. Person served (name)  JANNAE S

   b. Address where served: ~~247 Arriba Drive, #3~~  INCORP SERVICES INC
      ~~Sunnyvale, CA 94086~~  1817 MORENA BLVD SUITE #A
      SAN Diego, CA 92110

   c. Date of delivery: 8/13/08

   d. Time of delivery: 1:42pm

   e. (1) [✓] Witness fees were paid.
          Amount: . . . . . . . . . . $ 15,00
      (2) [ ] Copying fees were paid.
          Amount: . . . . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . $ _____

2. I received this subpoena for service on (date) 8/13/08

3. Person serving:
   a. [ ] Not a registered California process server.
   b. [ ] California sheriff, marshall, or constable.
   c. [ ] Registered California process server.
   d. [ ] Employee or independent contractor of a registered California process server.
   e. [ ] Exempt from registration under Bus. & Prof. Code section 22350(b).
   f. [X] Registered professional photocopier.
   g. [ ] Exempt from registration under Bus. & Prof. Code section 22451.
   h. Name, address, and telephone number and, if applicable, county of registration and number:

   U.S. LEGAL SUPPORT
   4232-1 Las Virgenes Road
   Calabasas, CA 91302
   Phone: (818) 878-9227

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/13/08

_____
(SIGNATURE)

(For California sheriff, marshal, or constable use only)
I certify that the foregoing is true and correct.

Date:

_____
(SIGNATURE)

**PROOF OF SERVICE**
**DEPOSITION SUBPOENA-BUSINESS RECORDS**

Sheet1

| rid | rdate | ip | s | p | h | k | email | rcomments |
|---|---|---|---|---|---|---|---|---|
| | RateMDs.com ratings for Dr. Mohamed Foda of Edmonton, AB | | | | | | | |
| | | | | | | | | |
| 265719 | 04/07/07 05:14 PM | 209.89.245.113 | 0 | 5 | 5 | 5 | NULL | Always felt good about his sevice |
| 294890 | 04/23/07 04:50 PM | 205.206.79.227 | 0 | 5 | 5 | 5 | NULL | Very nice doctor, even the nurses have commented to me on how great he is to work with, he is informative and takes his time for discussions, I believe he is a brilliant doctor. |
| 317697 | 05/13/07 11:30 PM | 142.179.234.161 | 0 | 5 | 5 | 5 | NULL | This man goes out of his way to make you feel like you are his only paient at that time. When you go him he does follow up calls to see how you are. Great doctor. |
| 329215 | 05/26/07 12:05 PM | 161.184.180.242 | 0 | 2 | 1 | 3 | NULL | I found Dr Foda to ignore problems until drastic measures were required. Had to call numerous times to get an appointment. Felt that Dr Foda did not do required follow up in a timely manner. Did not inform patients of what he did in the OR. eg remove tumors. Would have died if not for another Dr. |
| 355157 | 06/27/07 07:32 PM | 161.184.204.123 | 1 | 1 | 1 | 1 | NULL | This dr. does not care and his surgical procedures are scary!!! I've heard a lot of bad news about him from a number of his former patients who almost died without immediate treatment in the U of A Emergency. |
| 365904 | 07/13/07 04:33 PM | 161.184.19.164 | 5 | 5 | 5 | 5 | barbee1@telus.net | I found that Dr.Foda, took the time, to make sure, that I would be treated for my problem.I have seen him twice and he makes me feel like a person, instead of a number.He was very kind and took the time to listen, to what I had to say.He let me ask questions and never once rushed me.He was the only doctor that would not give up.I would see him any time and be happy, to go, for my appointment. |
| 422585 | 10/01/07 06:38 PM | 65.255.184.165 | 3 | 2 | 1 | 1 | NULL | This doctor prescribed me an antibiotic that causes birth defects after I clearly told him I was 4 months pregnant!! Apparently he made a 'mistake'. |
| 449312 | 11/24/07 01:53 PM | 198.161.230.10 | 3 | 3 | 3 | 3 | NULL | scary |
| 570982 | 04/20/08 04:46 PM | 154.11.98.45 | 1 | 5 | 1 | 2 | NULL | My experiance With Dr. Foda was very dissapointing.  Not only did he miss diagnose my problem but he refused to listen for two minutes and jumped to a very poor conclusion without even an examination. I would rate him as avery poor Dr. |

Sheet1

| 656619 | 08/05/08 12:19 PM | 64.229.222.123 | 3 | 4 | 5 | 5 | NULL | Dr foda was extremely helpful to my husband and was set out immediately to correct his health problem.when time came for us to move out of the province he gave us a detailed course of action in order to care for my husband's problem.We highly recommend him. |

**Notes:**

Ratings 265719, 355157, and 449312 are not visible on the ratemds.com website because we thought they were inappropriate.

We only have the email address for one of the ratings because logging in is not required and most of our users do not log in.

All times are in Central time.

**U.S. LEGAL SUPPORT**
144 South Spruce Avenue, South San Francisco CA, 94080
PHONE: (650) 873-9188  FAX:(650) 873-8081

23537-01

ref #23537-01

# DECLARATION OF CUSTODIAN OF RECORDS

RECORDS ON: **RATEMDS, Inc.**
D.O.B.:          S.S.N.:                    LOCATION: **RATEMDS, Inc.**
I being the duly authorized custodian of records and having the authority to certify the records, declare the following:

## 1. DESCRIPTION OF RECORDS PRODUCED:  (Must select at least one)

____Medical  ____Billing  ____Radiological  ____Insurance  ____Employment

____Payroll  ____Academic  ✓ Other  doctor ratings

The records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event.

## 2. THE RECORDS INDICATED BELOW WERE REQUESTED BUT DO NOT EXIST:

____Medical  ____Billing  ____WCAB Recs  ____Insurance  ____Physical Therapy  ___Sign-in sheets

____Employment  ____Pathology reports/materials  ____Prescription/Pharmacy  ____Photographs

____Videotapes  ____Paramedic/Ambulance  ____Psychiatric  ____Payroll  ____Academic  ____Xrays

____Radiological  ____Other/Explanation_____

## 3. IN WHAT MANNER WERE THE PRODUCED RECORDS PREPARED:  (Must select at least one)

✓ Data/Computer Generated  ____Typed/Hand Written Notes  ____Summary  ____Radiological

____Audio/Video  ____Pathological  ____Other_____.

## 4. CERTIFICATION OF RECORDS COPIED OR OBTAINED:  (Must select at least one)

✓ The produced records is a true copy of all the records described in the Deposition Subpoena, Subpoena Duces Tecum or Authorization.
____Pursuant to Evidence Code Section 1560(e), the original records described in the Deposition Subpoena/Subpoena Duces Tecum were delivered to the Attorney or the Attorney's representative for copying at the witness' place of business.
____The following records were omitted or could not be produced at this time for the following reason:

_____

## 5. CERTIFICATION OF NO RECORDS:  (Must select at least one)

_____A thorough search of our files, carried out under my direction revealed no documents, records or other material called for in the Subpoena or Authorization.

_____Existing records not within the time limitation set forth in the request.

_____All records have been destroyed in accordance with our document retention policy.

_____Other explanation: _____

**Under penalty of perjury and under the laws of California, I the CUSTODIAN of RECORDS, declare that the foregoing is true and correct.**

Date: 8/30/08   City Sunnyvale , California.

Custodian Signature    Print name John Dolaprinsti  Signed _____

### (OFFICE USE ONLY) CERTIFICATION OF PROFESSIONAL PHOTOCOPIER

I, the undersigned, declare that I made true copies of all of the original records that were given to me by the Custodian of Records at the above named location. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/19/08   At Sunnyvale , California

Print name Kevin Mason  Signed Kevin Mason