**EXHIBIT "C"**

Affidavit of Robert Martin
sworn May 22, 2009

Action No. 0303-04506

## IN THE COURT OF QUEEN'S BENCH OF ALBERTA

### JUDICIAL DISTRICT OF EDMONTON

This is Exhibit "C" referred to in the
Affidavit of
Mohamed Foda
Sworn before me this 20th day
of May A.D., 20 10

A Notary Public, A Commissioner for Oaths
In and for the Province of Alberta
Patty P. Ko
Barrister & Solicitor

BETWEEN:

**MOHAMED FODA AND
FODA PROFESSIONAL CORPORATION**

Plaintiffs

- and -

**JOHN DOE AND/OR JANE DOE**

Defendants

### AFFIDAVIT OF ROBERT MARTIN, P. ENG.

I, Robert Martin, Professional Engineer, Executive Director, Security and Compliance, Information Technology for Alberta Health Services, of the City of Edmonton, in the Province of Alberta, MAKE OATH AND SAY THAT:

1.    I am employed by Alberta Health Services as an Executive Director responsible for security and compliance relating to information and technology.

2.    I am authorized to make this Affidavit by Alberta Health Services.

3.    Before working in my current position for Alberta Health Services, beginning in December, 2007, I worked as a Director, IT Security and Compliance for Capital Health, formerly a health region, pursuant to the *Regional Health Authorities Act*, R.S.A. 2000, c.R-10.

4.    I have read the Notice of Motion filed in the above reference action on April 22, 2009 and the filed Affidavit of Mr. Mike Sorochan.  Specifically, I have been referred to the relief requested in paragraph 2(d) of the Notice of motion requesting that Capital Health, now Alberta Health Services, identify the "originating computer from which an unknown person posted a comment

This is Exhibit "___" referred to in the
Affidavit of
_____
Sworn before me this _____ day
of _____ A.D., 20___
_____
A Notary Public, A Commissioner for Oaths
in and for the Province of Alberta

2

on www.RATEMDS.com on November 24, 2007 from the ip address 198.161.230.10 through the production of records relevant to this posting".

5.   The originating computer used to post this comment cannot be identified through this ip address at this time.  The ip address quoted above is the ip address of the Capital Health, now Alberta Health Services, firewall.  In other words, it identifies an electronic portal through which all Capital Health internet traffic and communication flowed in 2007 and 2008.

6.   Further, as a new internet and computer operating system was installed throughout the Capital Health system in January of 2008, all internet logs that would have identified the computer ip address correlating to the firewall logs of internet use were deleted.  Therefore, one cannot identify from the internet logs associated with traffic through the firewall site the ip address of the computer that accessed www.RATEMDS.com in 2007.

7.   In addition, the firewall logs, even if they did exist for 2007, would not disclose what a particular user did when they assessed the www.RATEMDS.com site.  In other words, even if access could be shown, it would not indicate whether the user simply viewed the site or made a comment and posted it to the site.

8.   In addition, if the firewall logs did exist and the ip address of a particular computer could be determined to be the computer from which, at the very least, the site www.RATEMDS.com was accessed on November 24, 2007, it would not be possible to confirm where that particular computer was located in November of 2007 because computers are moved from location to location on a relatively frequent basis.

9.   Based on my review of the Plaintiffs' pleadings in this action and the action with respect to comments posted on www.RATEMDS.com brought by the Plaintiff in California, I understand that the Plaintiff "believes" comments posted on www.RATEMDS.com may have been posted by one of the individual defendants named in Court of Queen's Bench of Alberta, Action No. 0403 18518.

3

10. In that regard, I have attempted to determine if it is possible to confirm whether any of the individual named defendants in Action No. 0403 18518 accessed the www.RATEMDS.com website on November 24, 2007.

11. Logs of an individual's internet use are kept, but only in reference to the last computer a user logged into. [These computer logs do not go back to November, 2007 with respect to any of the individual defendants]. Therefore, there is no way to determine through a review of the internet logs associated with a particular user whether that person ever accessed the website www.RATEMDS.com on November 24, 2007.

12. There are no records that Alberta Health Services is able to produce that would identify the computer, or the user, for that matter, that posted comments regarding Dr. Foda on November 24, 2007 on the website www.RATEMDS.com.

13. I have sworn this Affidavit in response to the relief requested from Capital Health in paragraph 2(d) of the Notice of Motion filed April 22, 2009 in Court of Queen's Bench Action No. 0803 04506.

SWORN BEFORE ME AT the City of )
of Edmonton, in the Province of Alberta )
this 22nd day of May, 2009. )
)
)
)
A COMMISSIONER FOR OATHS IN )
AND FOR THE PROVINCE OF ALBERTA )          ROBERT MARTIN, P. ENG.

SHAUNA N. FINLAY
Barrister and Solicitor

Affidavit of Robert Martin
sworn May 22, 2009

ACTION NO. 0803-04506

IN THE COURT OF QUEEN'S BENCH OF
ALBERTA
JUDICIAL DISTRICT OF EDMONTON

BETWEEN:

## MOHAMED FODA AND FODA PROFESSIONAL CORPORATION

Plaintiffs

– and –

## JOHN DOE AND/OR JANE DOE

Defendants

## AFFIDAVIT OF ROBERT MARTIN, P. ENG.



JUDICIAL DISTRICT OF EDMONTON
FILED
JUN - 1 2009
Clerk of the Court

**FRASER MILNER CASGRAIN LLP**
Barristers & Solicitors
#2900, 10180 – 101 Street
Edmonton, AB  T5J 3V5
Solicitor:  Kimberly D. Wakefield, Q.C.
Phone: (780) 423-7302   Fax: (780) 423-7276
FILE: 158102-60/KDW

EDMDOCS|SFINLAY|2257255-2