UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED FODA, M.D., ET AL,<br>　　　　　Plaintiff(s)<br><br>RETEMDS, ET AL,<br>　　　　　Defendant(s). | C 10-80099 MISC JW/ PVT<br><br>**CLERK'S NOTICE CONTINUING MOTION HEARING** |

Due to the unavailability of the Court on Tuesday, July 6, 2010, the hearing on Plaintiff's Motion(docket #3) is continued to **Tuesday, July 20, 2010 at 10:00 a.m.**

Dated: 6/2/10

/s/ Martha Parker Brown
_____
Martha Parker Brown
DEPUTY CLERK