THIS IS TO CERTIFY THAT A COPY OF THIS CLERK'S NOTICE HAS BEEN MAILED TO:

K.D. Wakefield, Q.C.
Fraser Milner Casgrain, LLP
2900 Manulife Place
10180-101 Street
Edmonton, Alberta Canada
T5J 3V5


RATEMDS, Inc
247 Arriba Dr, #3
Sunnyvale, CA 94086



Dated: June 2, 2010                                    Richard W. Wieking, Clerk

                                                                                                   By:__/s/_____
                                                                                                     Martha Parker Brown,
                                                                                                       Courtroom Deputy