MARC A. KARLIN, ESQ. Cal. SBN 137558
**KARLIN & KARLIN**
A Professional Law Corporation
3701 Wilshire Boulevard, Suite 1035
Los Angeles, California 90010
(213) 365-1555
(213) 383-1166 facsimile
mkarlin@karlaw.com

Attorneys for Applicants Mohamed Foda, M.D. and Mohamed Foda, P.C., a Canadian professional corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED FODA, M.D.; MOHAMED FODA, P.C., a Canadian professional corporation,<br><br>Applicants,<br><br>vs.<br><br>RATEMDS, Inc., a California corporation,<br><br>Respondent. | CASE NO. CV 10-80099 MISC JW (PVT)<br><br>**DECLARATION OF MARC A. KARLIN IN SUPPORT OF REQUEST TO CONTINUE HEARING FROM JULY 20, 2010 TO JULY 27, 2010**<br><br>Current Date: July 20, 2010<br>Time: 10:00 a.m.<br>Crt.: 5-4th Floor<br>Judge: The Hon. Patricia V. Trumbull, U.S. Magistrate Judge<br><br>Proposed Date: July 27, 2010 |

I, Marc A. Karlin, declare as follows:

1. I am an attorney at law, admitted to practice before this Court, and counsel for Applicants Mohamed Foda, M.D. and Mohamed Foda, P.C. in the above-captioned action

2. I have personal knowledge of all facts set forth upon this Declaration.

//

3. On May 25, 2010, my clients filed and served their Motion for Application to Take Third Party Discovery, with a hearing date of July 6, 2010.

4. On June 2, 2010, the Court issued an Order continuing the hearing of the subject motion to July 20, 2010. However, I am not available on that date.

5. By this Declaration, I respectfully request that the hearing of my clients' Motion for Application to Take Third Party Discovery be scheduled for July 27, 2010 at 10:00 before the Hon. Patricia V. Trumbull, United States Magistrate Judge.

I declare under the penalty of perjury according to the laws of the United States of America that the foregoing is true and correct.

Executed this seventh day of June 2010 at Los Angeles, California.

Marc A. Karlin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MOHAMED FODA, M.D., ET AL,
Plaintiff(s)

RETEMDS, ET AL,

Defendant(s).

C 10-80099 MISC JW/ PVT

CLERK'S NOTICE CONTINUING MOTION HEARING

Due to the unavailability of the Court on Tuesday, July 6, 2010, the hearing on Plaintiff's Motion(docket #3) is continued to **Tuesday, July 20, 2010 at 10:00 a.m.**

e-mail to FODA

Dated: 6/2/10

/s/ Martha Parker Brown

Martha Parker Brown
DEPUTY CLERK

**PROOF OF SERVICE**
(Sections 1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3701 Wilshire Blvd., Suite 1035, Los Angeles, CA 90010

On June 7, 2010, I caused the foregoing document described as:

**DECLARATION OF MARC A. KARLIN IN SUPPORT OF REQUEST TO CONTINUE HEARING FROM JULY 20, 2010 TO JULY 27, 2010**

to be served on all parties appearing in this action by delivering the original or copy thereof to the following persons at the below indicated addresses in a sealed envelope or by FAX transmission as follows:

Alexandra Bochinski, Q.C.
Davis LLP
1201 Scotia 2 Tower
10060 Jasper Ave.
Edmonton, Alberta Canada
T5J 4E5
(Counsel for Mohamed Foda, M.D.; Mohamed Foda, P.C.)

RATEMDS Inc.
247 Arriba Dr., #3
Sunnyvale, CA 94086

K.D. Wakefield, Q.C.
Fraser Milner Casgrain, LLP
2900 Manulife Place
10180-101 Street
Edmonton, Alberta Canada
T5J 3V5
(Counsel for Capital Health, Capital Health operating as Leduc Community Hospital, Leduc Community Hospital, Kenneth Gardener, Neil Gibson, David Morris and Linda Scott)

[x] (BY MAIL) The envelope was mailed with postage thereon fully prepaid as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

[ ] (BY FACSIMILE) The above-mentioned document was transmitted by facsimile, at 213-383-1166, to the above-named parties, at the fax numbers indicated above, on June 7, 2010.

[] (BY PERSONAL SERVICE) I caused such envelope to be personally served to the addressees.

[] (BY ELECTRONIC SERVICE) I caused a true and correct copy of the above-referenced document to be electronically served via electronic mail to the e-mail addresses set forth above or as stated in the attached service list per agreement in accordance with Federal Rules of Civil Procedure 5(b) and the California Code of Civil Procedure.

[] (BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED) I caused such envelope to be delivered to the United States Post Office to be transmitted by Certified Mail, Return Receipt Requested.

[ ] (BY FEDERAL EXPRESS) I caused such envelope to be personally deposited with Federal Express for overnight delivery upon the persons named herein.

[] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 7, 2010, at Los Angeles, California.

Marc Karlin