UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MOHAMED FODA, M.D., et al., | ) | Case No.: C 10-80099 JW (PVT) |
| Plaintiff, | ) ) | **ORDER G**RANTING **P**LAINTIFF'S **R**EQUEST TO **C**ONTINUE **H**EARING FROM |
| v. | ) ) | **J**ULY **20, 2010** TO **J**ULY **27, 2010** |
| CAPITAL HEALTH, et al., | ) ) | **(Re: Docket No. 6)** |
| Defendants, | ) ) | |

On June 7, 2010, Plaintiffs Mohamed Foda, M.D. and Mohamed Foda, P.C. filed a request to continue from July 20, 2010 to July 27, 2010 the hearing on its motion to take discovery from third party.[1] Pursuant to this court's Civil Local Rule 6-3(c), Defendants and third party Ratemeds, Inc. had 4 court days after receiving the request to file any opposition. No opposition has been filed. Based on the request and the file herein,

IT IS HEREBY ORDERED that Plaintiffs' motion to continue the hearing is GRANTED. Plaintiffs' motion to take discovery from third party Ratemeds, Inc. will be heard in Courtroom 5 of this court at 10:00 a.m. on July 27, 2010. Opposition papers shall be filed no later than July 6, 2010. Any reply shall be filed no later than July 13, 2010.

Dated: *6/21/10*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1
2  ***Counsel for Plaintiffs notified of this filing via the court's Electronic Case Filing system.***
3
4  copies mailed on  *6/21/10*          to:
5  K.D. Wakefield, Q.C.
   Fraser Milner Casgrain, LLP
6  2900 Manulife Place
   10180-101 Street
7  Edmonton, Alberta
   Canada  T5J 3V5
8
   Ratemeds, Inc.
9  247 Arriba Dr. #3
   Sunnyvale, CA  94086
10
11
                                        */s/  Donna Kirchner              for*
12                                      MARTHA BROWN
                                        Courtroom Deputy
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*