OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS

PENALTY FOR PRIVATE USE, $300

**FILED**

JUN – 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5 DISTRICT COURT

:T OF CALIFORNIA

E DIVISION

C 10-80099 MISC JW/ PVT

**CLERK'S NOTICE CONTINUING MOTION HEARING**

rt on Tuesday, July 6, 2010, the hearing on

to **Tuesday, July 20, 2010 at 10:00 a.m.**

s/ Martha Parker Brown

artha Parker Brown
EPUTY CLERK



RateMDs, Inc
247 Arriba Dr, #3
Sunnyvale, CA 94086

FORWARD TIME EXP RTN TO SEND
RATE MOSHINO
935 S BERNARDO AVE APT 2
SUNNYVALE CA 94086-6955

RETURN TO SENDER