FILED

2010 JUN 23 A 11: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D.

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS

PENALTY FOR PRIVATE USE, $300

Ratemeds, Inc.
247 Arriba Dr. #3
Sunnyvale, CA 94086

FORWARD TIME INC
:RATE MDS INC
235 S BERNARDO AVE APT 2
SUNNYVALE CA 94088-8985
*X 951 NDE 1 5091 84 06/21/10
:RATE MDS INC RTN TO SEND

RETURN TO SENDER



UNITED STATES POSTAL
02 1A
000 4327683
MAILED FROM ZIP CODE 95113
$ 00.44⁰
PITNEY BOWES
JUN 21 2010

ATES DISTRICT COURT

ISTRICT OF CALIFORNIA

JOSE DIVISION

)
)
)
)
)
)
)
)
)
)
)

Case No.: C 10-80099 JW (PVT)

**ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE HEARING FROM JULY 20, 2010 TO JULY 27, 2010**

(Re: Docket No. 6)

Foda, M.D. and Mohamed Foda, P.C. filed a request to the hearing on its motion to take discovery from third ale 6-3(c), Defendants and third party Ratemeds, Inc. file any opposition. No opposition has been filed.

tiffs' motion to continue the hearing is GRANTED. party Ratemeds, Inc. will be heard in Courtroom 5 of osition papers shall be filed no later than July 6, 2010. 010.

ATRICIA V. TRUMBULL
United States Magistrate Judge

27

28

1    The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*